### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHANCE DEVAL BONNER, SR., | No. 4:24-CV-00840 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

### <u>ORDER</u>

**AND NOW**, this 4th day of March 2025, in accordance with the

accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.   The United States' unopposed motion (Doc. 16) to dismiss pursuant to
     Federal Rule of Civil Procedure 12(b)(1) or 12(b)(6) or alternatively
     for summary judgment pursuant to Federal Rule of Civil Procedure 56
     is **GRANTED** in part and **DENIED** in part as follows:

     a.   The motion to dismiss pursuant to Rule 12(b)(1) is **GRANTED**
          as to Plaintiff's FTCA claims alleging intentional infliction of
          emotional distress, negligent supervision, and civil conspiracy.
          These claims are **DISMISSED** without prejudice for lack of
          subject matter jurisdiction.

     b.   The motion to dismiss is **DENIED** in all other respects.

     c.   The motion for summary judgment is **GRANTED** only as to
          Plaintiff's FTCA claims alleging assault and battery, medical
          malpractice, and negligence.

2.   The Clerk of Court is directed to enter judgment in favor of the United
     States and against Plaintiff as to the FTCA claims alleging assault and
     battery, medical malpractice, and negligence.

3.    The Clerk of Court is further directed to **CLOSE** this case.

BY THE COURT:


_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge